THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY,<br><br>                Plaintiff,<br><br>v.<br><br>RAELENE BARNEY et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:24-CV-15-AMA<br><br>District Judge Ann Marie McIff Allen |

**IT IS ORDERED AND ADJUDGED** that Plaintiff's action is **DISMISSED** with prejudice, the Complaint having failed to state a claim upon which relief may be granted.

The Clerk of Court is directed to close this case.

DATED this 16th day of September, 2024.

                                              BY THE COURT:

                                              ANN MARIE MCIFF ALLEN
                                              United States District Judge